IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK LEE PITCHFORD                                               PLAINTIFF

VS.                         NO. 3:08-CV-00097 WRW

SOUTHLAND RACING CORPORATION, incorrectly named as         DEFENDANTS
SOUTHLAND GAMING AND RACING,
BARRY BALDWIN, THERRIN PROTZE, and
TROY KEEPING

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b), defendants Southland Racing Corporation (incorrectly sued as Southland Gaming and Racing), Barry Baldwin, Therrin Protze, and Troy Keeping (collectively referred to as "Defendants"), by and through their attorneys Wright, Lindsey & Jennings LLP, move the Court to dismiss plaintiff's complaint, and state:

1. This action arises from plaintiff's alleged attempt to enter into a contractual business relationship with Defendants. In his complaint filed on July 6, 2008, plaintiff alleges that Defendants did not award him a contract in retaliation for writing letters to "Mr. Geremy Jacobs the Owner in New York."[1] See Exhibit 1, Plaintiff's Complaint.

2. Defendants have never employed plaintiff in any capacity and plaintiff does not allege the existence of an employer-employee relationship.

3. Plaintiff filed a Charge of Discrimination with the EEOC on March 21, 2008. Plaintiff claimed that he was not awarded a job contract due to his race, age, and retaliation in

---

[1] Mr. Jeremy M. Jacobs is the Chairman and CEO of Delaware North Companies, Inc. The parent company of Southland Racing Corporation is Southland Holding Company (also an Arkansas corporation), which is a subsidiary of Delaware North Companies Gaming & Entertainment, Inc., which in turn is a subsidiary of Delaware North Companies, Inc.

770141-v1

violation of Title VII of the Civil Rights Act ("Title VII") and the Age Discrimination in Employment Act ("ADEA"). *Id.*

4.  The EEOC issued a Dismissal and Notice of Rights on April 3, 2008. The EEOC's specific reason for dismissal was the lack of employer/employee relationship between plaintiff and Defendants. *Id.*

5.  Given the non-existent employer/employee relationship between the parties, plaintiff is precluded from bringing his claims against Defendants under both Title VII and the ADEA.

6.  Likewise, Southland Racing Corporation is an Arkansas corporation. As plaintiff is also a resident of Arkansas, jurisdiction cannot be based on diversity.

7.  Accordingly, the Court lacks subject matter jurisdiction over this action and pursuant to Fed. R. Civ. P. 12(b)(1) and (h)(3), dismissal of plaintiff's complaint is required.

8.  Furthermore, plaintiff's complaint was sent by regular U.S. mail in an envelope, without a return receipt requested, to the Southland Park Gaming and Racing facility in West Memphis, Arkansas on July 12, 2008. The envelope contained only a copy of plaintiff's complaint, a summons was not included.

9.  Accordingly, pursuant to Fed. R. Civ. P. 12(b)(4) and (b)(5), plaintiff's complaint should be dismissed for insufficiency of process and insufficiency of service of process.

10. Defendants rely upon the following in support of this motion:

    a.  Plaintiff's Complaint, attached as Exhibit 1;

    b.  The memorandum brief contemporaneously filed with this motion.

WHEREFORE, defendants Southland Racing Corporation, Barry Baldwin, Therrin Protze, and Troy Keeping, pray that this motion to dismiss plaintiff's complaint be granted and for all other proper relief.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201-3699
>(501) 371-0808
>FAX: (501) 376-9442
>E-MAIL: jkim@wlj.com
>
>By _____
>Stephen R. Lancaster (93061)
>Jane A. Kim (2007160)
>Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 23rd, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, and also mailed it by United States Postal Service to the following:

>Frederick Lee Pitchford
>218 Alabama Street
>Earle, AR 72331

_____
Jane A. Kim

770141-v1

3