IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK LEE PITCHFORD**                                                        **PLAINTIFF**

v.                                **3:08CV00097-WRW**

**SOUTHLAND RACING CORPORATION,** *et al.*                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 9). Defendants have responded (Doc. No. 10).

Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 8th day of September, 2008.

                                                                 /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE